IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GREGORY B. TYRRELL,                    )
                                       )
                    Petitioner,        )              8:18CV596
                                       )
        V.                             )
                                       )
SCOTT R. FRAKES, and                   )              ORDER
NEBRASKA PAROLE BOARD,                 )
                                       )
                    Respondents.       )
_____            )

        IT IS ORDERED that:

        1. Respondent's request for extension (filing no. 12) until February 26, 2019
is granted.

        2. Petitioner shall have until March 29, 2019 to file a response.

        DATED this 15th day of February, 2019.

                                       BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       Senior United States District Judge

-1-