# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY B. TYRRELL, | ) | |
| Petitioner, | ) | 8:18CV596 |
| v. | ) | |
| SCOTT R. FRAKES, and NEBRASKA PAROLE BOARD, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Respondent shall file its response to Petitioner's Motion to Dismiss (filing no. 17) on or before April 1, 2019.

DATED this 22nd day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge